# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Tina L. Valliere | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number: 1:20-cv-00971-SE |
| | ) | |
| Automotive Supply Associates, Inc. | ) | |
|     Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby Stipulated and Agreed by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Local Rule 41.1. The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

    Respectfully submitted,

    TINA L. VALLIERE

    By her attorneys,

Dated: 02/24/2022    */s/ John P. Sherman*
    John P. Sherman (Bar No. 12536)
    SHERMAN LAW, PLLC
    111 Bow Street, Unit #2
    Portsmouth, NH 03801
    (603) 570-4837
    jsherman@johnshermanlaw.com

    AUTOMOTIVE SUPPLY ASSOCIATES, INC.

    By its attorneys,

Dated: 02/24/2022    */s/ Iryna N. Dore*
    Christopher J. Pyles (Bar No. 15165)
    Iryna N. Dore (Bar No. 19284)
    Sulloway & Hollis, P.L.L.C.
    9 Capitol Street

Concord, NH  03301-6310
(603) 223-2800
cpyles@sulloway.com
idore@sulloway.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this day been forwarded via the Court's Electronic Case Filing System to counsel of record.

*/s/ John P. Sherman*

John P. Sherman